```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:09MJ00068 GSA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| RAYMOND D. MENDOSA, | ) | APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT; |
| Defendant. | ) | **ORDER TO UNSEAL** |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceeding.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: April 9, 2009          Respectfully submitted,

                              LAWRENCE G. BROWN
                              Acting United States Attorney

                         By:  /s/ Karen A. Escobar
                              KAREN A. ESCOBAR
                              Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09MJ00068 GSA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO UNSEAL ARREST WARRANT |
| | ) | AND CRIMINAL COMPLAINT |
| RAYMOND D. MENDOSA, | ) | |
| | ) | |
| Defendant. | ) | **Under Seal** |
| | ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matter. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

IT IS SO ORDERED.

**Dated:   April 9, 2009**             /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE