PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
RAYMOND D. MENDOSA JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 1:09-cr-00157-LJO |
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND ORDER |
| vs. | ) | VACATING DATE, AND CONTINUING |
| | ) | CASE |
| | ) | |
| RAYMOND D. MENDOSA JR., | ) | Date: May 22, 2009 |
| | ) | Time: 9:00a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Status Conference hearing currently scheduled for Friday, May 22, 2009, at 9:00 a.m., should be vacated and this matter should be continued until Friday, July 2, 2009, at 9:00 a.m.

Additional time is needed for further investigation of the discovery received in our office on Monday, May 18, 2009, provided to us by the Government.

///

///

///

///

1

Accordingly, the defendant and the United States agree and stipulate that the Status Conference date currently scheduled should be vacated and a date set for 9:00 a.m. on Friday, July 2, 2009.

**IT IS SO STIPULATED**

Dated: May 20, 2009 /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
RAYMOND MENDOSA JR.

Dated: May 20, 2009 /s/Karen Escobar
Karen Escobar
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: _May 20, 2009 _/s/ Lawrence J. O'Neill___
LAWRENCE J. O'NEILL
United States District Judge