PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
RAYMOND D. MENDOSA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 1:09-cr-00157-LJO |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| vs. ) | DATE, AND CONTINUING CASE |
| ) | |
| ) | DATE:  March 12, 2010 |
| RAYMOND D. MENDOSA, ) | TIME:   9:00 a.m. |
| ) | JUDGE:  Honorable Lawrence J. O'Neill |
| Defendant ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Karen Escobar, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant, Raymond Mendosa, that the Sentencing date scheduled for March 12, 2010 at 9:00 a.m., be vacated and the Sentencing be continued to this court's calendar on April 2, 2010 at 9:00 a.m. This continuance is requested due to the fact that Mr. Preciliano Martinez needs additional time to prepare a sentencing memorandum.

The court is advised that counsel have conferred about this request, that they have agreed to the April 2, 2010 date and that Ms. Escobar has authorized Preciliano Martinez to sign this stipulation on her behalf.

///

///

///

1

**IT IS SO STIPULATED**

DATED: February 26, 2010                    /s/ Preciliano Martinez
                                            PRECILIANO MARTINEZ
                                            Attorney for Defendant
                                            RAYMOND MENDOSA


Dated: February 26, 2010                    /s/Karen Escobar
                                            KAREN ESCOBAR
                                            Assistant United States Attorney
                                            Attorney for Plaintiff




**ORDER**

**IT IS SO ORDERED.**



Dated: March 2, 2010                        /s/ Lawrence J. O'Neill____
                                            LAWRENCE J. O'NEILL
                                            United States District Judge