PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
RAYMOND D. MENDOSA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>             Plaintiff,       )<br>                              )<br>      vs.                     )<br>                              )<br>                              )<br> RAYMOND D. MENDOSA,           )<br>                              )<br>             Defendant.       )<br>_____ | CASE NO. 1:09-CR-00157-LJO<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>Date:   June 4, 2010<br>Time:  11:00 a.m.<br>Judge:  Hon. Lawrence J. O'Neill |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Evidentiary Hearing/Sentencing currently scheduled for Friday, June 4, 2010, at 11:00 a.m., should be vacated and this matter should be continued until Friday, June 18, 2010, at 10:15 a.m.

Continuance is requested due to my unavailability since I am currently in a trial in Modesto, CA, Stanislaus County (People vs. Julie Rodriguez, Case #1255861).  This trial is set to end late tomorrow June 4, 2010 or early afternoon Monday, June 7, 2010.

///

///

///

Accordingly, the defendant and the United States agree and stipulate that the Evidentiary Hearing/Sentencing date currently scheduled for Friday, June 4, 2010 at 11:00 a.m. should be vacated, and continued for 10:15 a.m. on Friday, June 18, 2010.

**IT IS SO STIPULATED**

Dated: June 3, 2010                                                 /s/ Preciliano Martinez
                                                                    PRECILIANO MARTINEZ
                                                                    Attorney for Defendant
                                                                    ALFREDO AYALA


Dated: June 3, 2010                                                 /s/ Karen Escobar
                                                                    Karen Escobar
                                                                    Assistant United States Attorney
                                                                    Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**


Dated: June 3, 2010                                                 _/s/ Lawrence J. O'Neill
                                                                    LAWRENCE J. O'NEILL
                                                                    United States District Judge