AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __CALIFORNIA__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:09-CR-00157-001 LJO |
| RAYMOND D. MENDOSA, Jr. | ) | |
|  | ) | USM No: 64459-097 |
| Date of Original Judgment: 06/18/2010 | ) | |
| Date of Previous Amended Judgment: | ) | David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __168__ months **is reduced to** __135 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/18/2010__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/06/2015           /s/ Lawrence J. O'Neill
                                  *Judge's signature*

Effective Date: 11/01/2015        Honorable Lawrence J. O'Neill, District Court Judge